

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00674-CV

John M. **DONOHUE**, Owner 2005 Dodge HD 2500 Truck VIN 3D7KS28C2560708438 TXLP 86ZZF3,
Appellant

v.

Daniel R. **BUTTS**, Bandera County Sheriff; J.J. Martinez, Deputy; Deputy John Doe #1; Deputy John Doe #2; Deputy John Doe #3, Individually and In Their Official Capacity,
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-14-0000180
Honorable M. Rex Emerson, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED August 12, 2015.

_____
Rebeca C. Martinez, Justice